IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gerald Bullocks,

    Plaintiff(s),

vs.

Aaron Mummert, et al.,

    Defendant(s).

Case Number: 1:18cv23

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman filed on February 6, 2018 (Doc. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 20, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, the complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1) with the exception of plaintiff's first amendment retaliation claim against defendant Mummert.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court