IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Gerald Bullocks, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:18cv23 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Aaron Mummert, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 15, 2019 (Doc. 27), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 29, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for summary judgment (Doc. 17) is DENIED. Defendant's motion for summary judgment (Doc. 23) is GRANTED. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                ___s/Susan J. Dlott_____
                Judge Susan J. Dlott
                United States District Court